# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SLANDARA, <br><br> Plaintiff, <br> v. <br><br> MANDARICH LAW GROUP, LLP; CACH, LLC., <br><br> Defendants. | Civil No.12cv1345 AJB (JMA) <br><br> ORDER GRANTING JOINT MOTION TO DISMISS |

Based upon the Joint Motion for Dismissal, and for good cause shown, this Court hereby orders that the entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: October 12, 2012

_____
Hon. Anthony J. Battaglia
U.S. District Judge